# CARL D. POPLAR, P.A.
A PROFESSIONAL CORPORATION

*Attorneys at Law*

1010 Kings Highway South
Building One
Cherry Hill, New Jersey 08034

CARL D. POPLAR
  Certified Civil Trial Attorney
  Certified Criminal Trial Attorney

(856) 216-9979
FAX (856) 216-9970

www.poplarlaw.com

**BY ECF**

October 10, 2012

Hon. Katherine S. Hayden, U.S.D.J.
United States District Court for the District of New Jersey
Frank R. Lautenberg U.S. P.O. & Courthouse
Room 311 - 50 Walnut St.
PO Box 999
Newark, NJ 07101

Re: **Allen, et al v. Union County, et al**
    **Docket No. 2:08-cv-00711**

Dear Judge Hayden:

    I have filed an Appearance as co-counsel with William Riback, Esquire, as attorney for the Plaintiffs in the above captioned matter

    There is a Motion to Lift the Stay and Amend the Pleadings returnable this Friday, October 12, 2012 before Your Honor. I would respectfully request that this Motion be adjourned because October 12, 2012 is a State Court motion day, and I have numerous other commitments in the southern part of the State. Robert Varady, Esquire, attorney for the Defendants has consented to this request. It is my understanding that he too has State commitments on that date.

    I would respectfully request, if possible, that the Motion be continued to the early afternoon of **October 25, 2012**. I would like to have the opportunity to attend Judge McNulty's swearing in later that day. Mr. Varady also consents to the adjournment to October 25, 2012.

    I thank the Court for its courtesies.

Very truly yours,

CARL D. POPLAR, P.A.
A Professional Association

CARL D. POPLAR

CDP/mfb
By ECF:
cc: William Riback, Esquire
cc: Robert F. Varady, Esquire