# CARL D. POPLAR, P.A.
A PROFESSIONAL CORPORATION

*Attorneys at Law*

CARL D. POPLAR
Certified Civil Trial Attorney
Certified Criminal Trial Attorney

1010 Kings Highway South
Building One
Cherry Hill, New Jersey 08034

(856) 216-9979
FAX (856) 216-9970

www.poplarlaw.com

**BY ECF**

October 12, 2012

Hon. Katherine S. Hayden, U.S.D.J.
United States District Court for the District of New Jersey
Frank R. Lautenberg U.S. P.O. & Courthouse
Room 311 - 50 Walnut St.
PO Box 999
Newark, NJ 07101

Re:  Allen, et al v. Union County, et al
      Docket No. 2:08-cv-00711

Dear Judge Hayden:

The above matter is scheduled before Your Honor on Wednesday, October 17, 2012 at 10:00 AM.

I would appreciate it if the matter could be heard as early as possible because I am scheduled to be in Camden at 1:15 PM to be a presenter in a CLE Program.

I thank Your Honor for your anticipated courtesies and attention.

Very truly yours,

CARL D. POPLAR, P.A.
A Professional Association

/s Carl D. Poplar
CARL D. POPLAR

CDP/mfb
cc: William Riback, Esquire
cc: Robert F. Varady, Esquire